**1069 POTTER vs. COMMISSIONER OF STATE LAND OFFICE, 55 M., 485.**

**1070 FAIRBANKS vs. COMMISSIONER OF STATE LAND OFFICE, 55 M., 485.**

To compel the issuance of land certificates upon application made before the land had been placed on sale.

Denied January 7, 1885.

Costs were denied, as the rights of intervenors cannot be passed upon.

**1071 CHAPMAN vs. COMMISSIONER OF THE STATE LAND OFFICE, 26 M., 146.**

To require respondent to issue a full paid certificate of purchase for certain parcels of land.

Denied November 7, 1872.